In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-176 CV


____________________



DON MCCAFFETY, Appellant



V.



HOWARD RASH, d/b/a WORLD WIDE GIFTS, AND BETTY RASH, Appellees






On Appeal from the County Court at Law


Liberty County, Texas


Trial Cause No. CAL 08298






MEMORANDUM OPINION (1)


 On April 8, 2004, the appellees filed a motion to dismiss the appeal for want of
prosecution pursuant to Tex. R. App. P. 38.8 and 42.3. The appellant did not respond to
the motion. The appellant failed to file a brief after receiving a final extension of time. 
There being no satisfactory explanation for the failure to timely file the brief, the appeal
is dismissed for want of prosecution. Tex. R. App. P. 38.8 and 42.3. Costs are assessed
against appellant.

 APPEAL DISMISSED. 

 PER CURIAM


Opinion Delivered May 20, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.